Christian **RODRIGUEZ**, individually and a class representatives; Alberto Cazarez, individually and a class representatives, Plaintiffs–Appellees,

v.

**CITY OF LOS ANGELES; Carmen Anthony Trutanich; Charles Beck; Allan Nadir; Angel Gomez, Defendants–Appellants.**

No. 13–55467.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 4, 2013.

Filed Jan. 17, 2014.

Olu K. Orange, Esquire, Orange Law Offices, Los Angeles, CA, Cindy Panuco, Esquire, Anne Richardson, Dan Stormer, Hadsell Stormer Richardson & Renick, LLP, Pasadena, CA, for Plaintiff–Appellee.

Cory Michael Brente, Esquire, Gary G. Geuss, Esquire, Rena Shahandeh, Carmen A. Trutanich, Esquire, Timothy T, Coates, Marc J. Poster, Gary David Rowe, Greines Martin Stein & Richland, LLP, Los Angeles, CA, for Defendant–Appellant.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: McKEOWN, GOULD, and BYBEE, Circuit Judges.

ORDER *

Based on the parties' submissions and supplemental briefing, we conclude that this appeal is now moot. *See, e.g., Univ. of Texas v. Camenisch,* 451 U.S. 390, 398, 101 S.Ct. 1830, 68 L.Ed.2d 175 (1981) (holding that "the question whether a preliminary injunction should have been issued ... is moot ... [where] the terms of the injunction ... have been fully and irrevocably carried out."). The case is **remanded** to the district court for any further proceedings.